_AO91 (Rev. 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**                  DISTRICT OF                  **TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| **Javier Ramirez Martinez** | Case Number:      **L-10-PO1903** |
| **San Miguel De Allende, Guanajuato** | |
| **Mexico** | |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about     **March 30, 2010**     in  **Laredo, Texas**        **Webb**        County, in
(Date)

the      Southern      District  of  Texas,      **Javier Ramirez Martinez**      defendant(s) ,

a      **Mexican**      alien, did unlawfully enter and attempt to enter the United States at a place other than
as designated by immigration officers

in violation of Title      **8**      United States Code, Section(s)      **1325 (a) (1)**

I further state that I am a(n)    **Border Patrol Agent**                and that this complaint is based on the
Official Title

following facts:  based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by,      **Javier Ramirez Martinez**      , who admitted to
being a citizen of      **Mexico**      , who entered and attempted to enter illegally into the United States by
wading the Rio Grande River near,      **Laredo, Texas**      , thus avoiding immigration inspection, nor
having proper documents to enter, travel through, or remain in the United States.  This illegal entry and
attempted entry took place on  **March 30, 2010**

Continued on the attached sheet and made a part of this complaint:          ☐ Yes      ☒ No

/S/
Signature of Complainant

**Denise Teniente-Moreno**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**April 5, 2010**                        at      Laredo, Texas
Date                                           City and State

**J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer